No. 94–5252. LUIS *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 94–5258. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5530. ZEIGLER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5551. SINGLETON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–5734. CARTER *v.* PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 94–5769. BAILEY *v.* BAILEY. Ct. Sp. App. Md. Certiorari denied.

No. 94–5815. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5871. BROWN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–5907. JONES *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–5913. POLLARD *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–5969. PENDER *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–6021. RIDDLE *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 94–6088. TAYLOR *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–6116. TAL-MASON *v.* KERN ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6122. CALIFORRNIAA *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.